IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LA WANDA GRAHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-1274-D |
| | § | |
| JAMARCUS LEWIS, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

The mediator has advised the court that the parties have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The trial setting and all unexpired deadlines are vacated.

**SO ORDERED**.

April 3, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE